## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

     **v.s.**

                                       **Case Number: 00-CR-334-02 (JAF)**

**JUAN C. ESCANDON-MALDONADO**
**TN: JUAN CARLOS ESCANDON-MALDONADO**
**\* \* \* \* \* \* \* \* \* \* \* \* \***

## ORDER

Upon a petition of DAMARYS I. TELLADO, U.S. Probation Officer of this Court, alleging that releasee, Juan C. Escandón-Maldonado, as failed to comply with his conditions of his supervised release.

It is ORDERED that releasee appear before this Court on _____ 2005, at _____, for a hearing to show cause, if there be any, why his supervised release on the above-entitled case should not be revoked, thereupon, he to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk will issue the corresponding warrant for the arrest of the releasee, Juan C. Escandón-Maldonado, and notify counsel for releasee and for the government with a copy of this Order.

IT IS SO ORDERED

In San Juan, Puerto Rico, this _____ day of _____ 2005.

                                   _____

                                   **JOSE A. FUSTE, CHIEF**
                                   **U.S. DISTRICT JUDGE**