## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**THE UNITED STATES OF AMERICA**

**Case Number: 00-CR-334-02 (JAF)**

**vs.**

**JUAN C. ESCANDON-MALDONADO**
**TN: JUAN CARLOS ESCANDON-MALDONADO**

**\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \***

## SUPPLEMENT TO MOTION FILED
## ON AUGUST 16, 2005.

**TO THE HONORABLE JOSE A. FUSTE, CHIEF**
**U.S. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

**COMES NOW, DAMARYS I. TELLADO, U.S. PROBATION OFFICER** of this Honorable Court, and respectfully informs as follows:

1.  Court documents read that on May 27, 2005, Mr. Escandón-Maldonado illegally, maliciously, voluntarily, knowingly and with criminal intent, possessed with the intention of distributing marijuana.

2.  That on June 1, 2005, probable cause for arrest was determined and bail was set at $7,000.

3.  That on July 14, 2005, probable cause to believe that the defendant had violated Article 401 of the Controlled Substance Law of Puerto Rico, was determined .

4.  That the final hearing has been scheduled for October 27, 2005.

**WHEREFORE,** I declare under penalty of perjury, that the foregoing is true and correct.

In view of the aforementioned and unless the Court rules otherwise, it is respectfully requested that this information be made part of the motion filed on August 16, 2005.

In San Juan, Puerto Rico, this 15$^{th}$day of September 2005.

Respectfully submitted,

s/Damarys I. Tellado
Damarys I. Tellado
U.S. Probation Officer
Federal Office Building
150 Carlos Chardón Ave.
San Juan, P.R. 00918-1741
(787)766-5596/(787) 841-3212
(787) 766-5945 Fax
damarys_tellado@prp.uscourts.gov

DT/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 15, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following : Assistant U.S. Attorney, Sonia Torres and to defense counsel, Epifanio Morales.

s/Damarys I. Tellado
Damarys I. Tellado
U.S. Probation Officer
Federal Office Building
150 Carlos Chardón Ave.
San Juan, P.R. 00918-1741
(787)766-5596/(787)841-3212
(787) 766-5945 Fax
damarys_tellado@prp.uscourts.gov

DT/