# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS    DATE: September 19, 2005

HONORABLE AIDA M. DELGADO-COLON, U.S. MAGISTRATE JUDGE

COURTROOM DEPUTY: Sarah V. Ramón    Case No. CR. 00-334-02 (JAF)

===============================================================

United States of America    ATTORNEYS :

Plaintiff

v.

Juan C. Escandón-Maldonado

Defendant(s)
===============================================================

Defendant was brought before the Court based on a warrant of arrest that was issued by Hon. José A. Fusté, Chief U.S. District Judge on August 23, 2005.

Defendant was advised of his rights and charges and was informed that a hearing to **show cause regarding violations of conditions of supervised release is set for September 22, 2005 at 11:00 a.m.**

s/Sarah V. Ramón
Sarah V. Ramón, Deputy Clerk