# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Scheduled Time: 1:30
Reset Time:    :
Starting Time: 2:18
Ending Time:   2:23

<u>MINUTES OF PROCEEDINGS</u>

HONORABLE JOSE A. FUSTE

COURTROOM DEPUTY: Brenda GONZALEZ          DATE:  September 22, 2005

COURT REPORTER:   Yvette RICHARDSON        **CR. NO: 00-334-02(JAF)**

COURT INTERPRETER: Tommy KAVELIN           PO: Victor CARLO

================================================================

UNITED STATES OF AMERICA            <u>Attorneys</u>:  AUSA Ernesto Lopez-Soltero

vs.

JUAN C. ESCANDON-MALDONADO                     Victor Gonzalez, AFPD

================================================================

The defendant is present in court.  He is  <u>X</u>  under custody  ___  released.

CASE CALLED FOR FINAL REVOCATION HEARING of supervised release.  After having heard both parties, the Court finds that the defendant violated the conditions of his imposed supervised release term by failing to report to the U. S. Probation Office within 72 hours that he had been questioned by a law enforcement officer, arrested and charged of a crime.  Thus, the supervised release term imposed on May 18, 2001, is hereby **revoked**.

---

**IT IS THE JUDGMENT OF THE COURT** as to violation(s) in Standard Conditions  <u>#11.</u>

Imprisonment for a total term of <u> 3 months.</u>

Supervised release for a total term of <u> 2 </u> years.

Fine: <u> None </u>   Special Monetary Assessment: <u> None </u>   Restitution: <u> None </u>

---

Page 2

All terms and conditions are specified in the judgment form.

The defendant is advised of his/her right to appeal, etc.

___ Any remaining counts as to this defendant are ordered dismissed.

___ Voluntary surrender is requested.   It is ___ granted   ___ denied

_X_ Defendant is remanded to the custody of the U.S. Marshal.

Recommendations:

*s/ Brenda Gonzalez*
Brenda GONZALEZ
Courtroom Deputy Clerk