# UNITED STATES DISTRICT COURT

2005 SEP 13 AM 10:05

FOR THE _____   DISTRICT OF __PUERTO RICO__

USM-PUERTO RICO
FUGITIVE TASK FORCE

UNITED STATES OF AMERICA

VS.

JUAN C. ESCANDON-MALDONADO
CALLEJON TRUJILLO #12
PONCE, P.R. 00730

## WARRANT FOR ARREST

CASE NUMBER: CR. 00-334-2 (JAF)

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest   __JUAN C. ESCANDON-MALDONADO__
(Name)

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment          [ ] Information          [ ] Complaint

[ ] Order of court      [X] DEFENDANT HAS FAILED TO COMPLY WITH HIS CONDITIONS
                            OF SUPERVISED RELEASE.

charging him or her with (brief description of offense)

FOR FAILURE TO COMPLY WITH HIS CONDITIONS OF BOND.

in violation of Title _____ United States Code, Section(s) _____

JOSE A. FUSTE                                    U.S. DISTRICT JUDGE
Name of Issuing Officer                          Title of Issuing Officer

REBECCA AGOSTINI-VIANA                           AUGUST 23, 2005, HATO REY, PUERTO RICO
Signature of Deputy Clerk                        Date and Location

Bail fixed at $ ----------NO BAIL--------------   By REBECCA AGOSTINI VIANA
                                                     Name of Deputy Clerk

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED<br>9-13-05 | NAME & TITLE OF ARRESTING OFFICER<br>Victor Calderon<br>TFA | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>9-14-05 | | By: |